IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01237-CMA-CBS         Date: September 16, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

TAYLOR PROFITA,                           *Pro se*

Plaintiff,

v.

CHRIS PUCKETT,                            Cathy Greer

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 08:51 a.m.**
Court calls case. Appearances of counsel.

The court reviews its procedures with Mr. Profita.

**ORDERED:** For the reasons stated on the record *[15] Meet and Confer Discovery Plan and Report* is **DENIED**.

The Plaintiff may not sue John and Jane Does. He may only sue named parties.

Discussion regarding the claims asserted in the complaint.

**ORDERED:** For the reasons stated on the record, *[17] Motion for Declaratory Relief* is **DENIED**.

Further discussion regarding what discovery will be needed.

**ORDERED:** Joinder of parties and amendment of pleadings: **October 30, 2015**
Discovery cut-off: **January 18, 2016**
Dispositive motion deadline: **February 19, 2016**
Each party may serve **25** interrogatories on any other named party.
Each side may serve **25** requests for production.
Each side may take **10** depositions.

Defendant shall serve initial disclosures by: **September 30, 2015**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

The court cites case law for the parties to review.

Hearing Concluded.

**Court in recess: 09:57 a.m.**
Time in court: 01:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.