IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-01237-CMA-CBS             Date:  December 30, 2015
Courtroom Deputy: Amanda Montoya              FTR – Reporter Deck-Courtroom A402

*Parties:*                                    *Counsel:*

TAYLOR PROFITA,                               *Pro se*

Plaintiff,

v.

CHRIS PUCKETT,                                Cathy Greer
                                              Rachel Entrican

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: DISCOVERY HEARING**
**Court in session: 11:07 a.m.**
Court calls case.  Appearances of counsel.

Discussion and argument regarding *[23] Plaintiff's Motion for Leave to Amend Complaint.*

**ORDERED:**  *[23] Plaintiff's Motion for Leave to Amend Complaint* is **DENIED without prejudice.**

Ms. Greer addresses the court in regards to Defendant's interrogatories 2 and 3 regarding damages.  Discussion regarding Mr. Profita's damages.  The court advises Mr. Profita to collect documents to support his damages claims if he intends to pursue them.

**ORDERED:**  To the extent Mr. Profita is going to file a new motion for leave to file a third amended complaint, that motion shall be filed by **January 29, 2016.**

A Status Conference is set for **February 9, 2016 at 11:00 a.m.** to discuss how to proceed with this case and to set new deadlines and to set a date for parties to supplement their disclosures.

All discovery is STAYED pending the Status Conference on February 9, 2016.  All existing deadlines are VACATED.

Mr. Profita addresses the court in regards to a privilege log provided by defense counsel and the Defendant's responses to interrogatories 1-4.

Hearing Concluded.

**Court in recess: 01:12 p.m.**
Total time in court: 02:05

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.